## STATE v. JOHN BISHOP.

Court of Quarter Sessions. New Castle.

*Rodney's Notes.*

*Mr. Bayard* for State.

Rebeccah Hamsum, sworn, says John Bishop came down to her mother's and was taking away the rails. She desired him to desist; he pushed the rails against her and threw her down, and put his foot on her neck. He began to abuse her and called her a yellow bitch before she got to him.

Elizabeth Bishop, sworn. That on the day John Bishop came to take her rails she went to prevent him, and called her daughter Rebeccah to go with her. That he had seized her by the arms and threw her down, etc.

Fanny Loft. That she saw Elizabeth and Rebeccah going out towards John Bishop with sticks. They took the rails out as fast as he put them in. He rode off to get out of their way and they pursued him.

John Bowman. Says he was 300 yards off and heard John Bishop and mother wrangling. The fence had been in possession of the mother six or seven years. None but Mrs. Bishop saw them when he threw her down.

Verdict, guilty. Fined $20.

## STATE v. JOHN LOUGH.

Court of Quarter Sessions. New Castle.

*Rodney's Notes.*

Reinoa Lambert, witness for State. Aiken sworn to interpret for Lambert. That he possessed a grey gelding. That it was stolen from him October 4, 1793, between 7 and 9 o'clock P. M. Between 6 and 7 o'clock that evening he saw him in the pasture where he had him tied head and foot in order to go to market.

He next saw him in two or three weeks at Mr. Davison. The horse he found was the same he lost. Value $60 or $70. The marks by which he knew him were two scratches on his buttocks where the hair after it was grown out was darker. One of his fetlocks were swelled. That the hair of his tail had been cut after he lost him. Mr. Seney found the rope by which he had been tied. He had owned the horse from August 22 preceding.

Cross-examination. He had never seen the horse in the possession of the prisoner. He had never seen the prisoner. He missed the horse early next morning when he went to get him to go to market. He did not suspect the horse was stolen until he found him. Pasture on the public Concord road. That he lived on the plantation. The fence was mended up by him the evening before the horse was missing. That there was a gap thrown down.

Warner. He knew the horse as well as his own. Had often seen him in Lambert's possession. The first he knew that Lambert lost his horse was at Warwick races where he saw the horse rode in a carriage by Davison. He was told by Mr. Elliot the horse was stolen from Lambert. The horse was remarkable; worth £16 or £18. He could not recollect who rode the horse to Warwick. He saw him rode into New Castle next morning. He went down with the constable and took Lough at Jackson's Tavern. He thought he appeared stupid or ignorant that the horse was. He heard etc. that Lough was taken about a week after Lambert lost him. He did not know when the horse was stolen. Lough seemed to be a little frightened, but not so much as he should himself. He knows nothing of Lough only since he was taken.

Mr. Davison, sworn. On October 4, 1793, he stopped at George Kerkiss', Newport. There was a girl of twelve or thirteen owned by the prisoner as his daughter. On the 5th he came with the girl on the horse with a rope instead of a bridle, a saddle and bags. He said he had stayed at Kerkiss' and lost his bridle. He lent him a bridle, left his girl and rode the horse away. Saturday or Sunday he returned on same horse early, remained there afternoon put the horse in his chaise. He liked the horse and on Monday he gave him another horse and £4.1 and some pence in money for him. He said he bought the horse at Wilmington of a Frenchman. He set off on the horse he got of Davison Monday for Elk. His daughter in the stage said he was going to Susquehannah,

that he had bought some cattle horse worth $40. It was the same horse Lambert claimed and got. He was twelve or fifteen years old. He gave at the rate of £16 in the way of trade. He sent his son to New Castle with his, soon, about two weeks, after he got him. His son told him he was stopped by Mr. Warner as a stolen horse. As soon as his son returned, he rode to Lambert. They went to Lea and he would not get up. He got up early, went to Jackson. He saw Lough who told him the horse he got of him was run away from him. Lough said he had bought him at the Queen of Fame of one Reinoa. Told Davison he should or could have his horse again if he could find him, and he then went to Warner's with Lambert. All three went to Jackson's and took Lough. Davison afterwards got his horse. He turned him out in the lot at Christiana Bridge. That two hundred people were there. He had seen, after Lough was taken, Lambert's advertisement that he had described him as having one ear cut off. He believes he was taken before a precept was got. He thinks Lambert told him there was a mistake in the advertisement in describing the horse.

Attorney General.

*G. Read* for defendant.

Verdict, guilty; damages £16.

Judgment pronounced according to the Act of Assembly, May Term.